

October 30, 2025

Susan E. Bindler
Clerk of Court
Thomas F. Eagleton Courthouse
111 South 10th Street
Room 24.329
St. Louis, MO. 63102

Re: No. 25-1750, *Iowa Citizens for Community Improvement v. Reynolds*, oral argument dates

Dear Ms. Bindler,

I write in response to the Court's notice that this case has been screened for oral argument and asking counsel to identify potential conflicts. Based on pre-existing commitments, I respectfully request that the Court not schedule argument in this case on:

December 18-19, 2025;
January 12-13, 2026; and
February 10-11, 2026.

It is also possible, although I believe unlikely, that I will have a conflict April 13-17, 2026. I will notify the Court if that conflict solidifies.

I am presently available on the remaining dates listed in the Court's argument calendar.

Thank you for your consideration,

/s/ David S. Muraskin
David S. Muraskin
FarmSTAND
712 H Street NE, Suite 2534
Washington, DC 20002
(267) 761-8448
david@farmstand.org
*Counsel for Plaintiff-Appellant*

Cc: Counsel for Defendants via ECF filing